**David Henry MILLER, Plaintiff–Appellant,**

v.

**Jim HUNT, Governor; Mike Easley; North Carolina State Bar; Franklin Freeman, Defendants–Appellees.**

No. 01–6218.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 19, 2001.

David Henry Miller, pro se.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

David Henry Miller appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we dismiss this appeal as frivolous on the reasoning of the district court. *Miller v. Hunt*, No. CA–00–810–5–BO (E.D.N.C. Jan. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*